UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN JUSTIN BENNETT #720938,

        Plaintiff,

                                       CASE NO. 1:16-CV-1297

v.

                                       HON. ROBERT J. JONKER

JOHN CHRISTIANSEN,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 12, 2017 (ECF No. 72). The Report and Recommendation was duly served on the parties. (The Court notes the Report and Recommendation was re-mailed to Plaintiff on December 21, 2017 due to a change in address.) No objections have been filed under 28 U.S.C. 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 72) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for damages against Defendant in his official capacity are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claim stemming from his confinement in temporary segregation is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 32) is **GRANTED**, and Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6ᵗʰ Cir. 1997); 28 U.S.C. § 1915(a)(3).


Date:   <u>January 12, 2018</u>                <u>/s/ Robert J. Jonker</u>
                                                                ROBERT J. JONKER
                                                                CHIEF UNITED STATES DISTRICT JUDGE